# EXHIBIT C

3735 JOCELYN STREET, NW
WASHINGTON, DC 20015

F-2006-00677

22 March 2006

Mr. Scott Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Dear Mr. Koch:

Thank you for your letter of 7 March regarding my FOIA request for documents relating to Andijan, Uzbekistan.

I accept your decision to narrow the scope of the request to CIA reports relating to the violence of May 2005 and its aftermath, as well as subsequent trials and evacuation of refugees.

However, I appeal your decision to deny a fee waiver based on your determination that my research is not likely to contribute significantly to public understanding of the operations and activities of the US government. I respectfully disagree, and believe that you may not be aware of some relevant information.

My research is a scholarly as well as journalistic endeavor. I believe the audience to be policy specialists as well members of the public interested in the operation and activities of the US government in the field of international relations. I have published articles on US-Uzbek relations as well as Russian democratization in *Orbis: A Journal of World Affairs* (copies enclosed). I anticipate publications of selected chapters in *Orbis* or similar journals read by the policy community. I also plan to publish excerpts on my personal weblog (http://laurencejarvikonline.blogspot.com) and Registan (http://www.registan.net), a website devoted to Central Asian affairs to which I have contributed for a number of years, and which gets thousands of pageviews.

In other contexts, my writings on US government operations and activities have appeared in *The Wall Street Journal*, *The New York Times*, *The Los Angeles Times*, and *The New York Times*, among other publications. I have appeared on ABC *Nightline*, CNN's *Crossfire*, and C-Span's *Washington Journal*, as well as testified before Congressional committees on a number of occasions. I have attended sessions devoted to US foreign policy at the Brookings Institution, CSIS, AEI, SAIS, and the Heritage Foundation, among others venues, as well as presented papers at Central Eurasian Studies Society's conferences. My film *Who Shall Live and Who Shall Die?* is about the operations and activities of the US government during the Nazi extermination of European Jewry.

Therefore, I do not believe that any reasonable person familiar with either my record of publication or participation in the policy arena could honestly deny that my research is likely to contribute significantly to public understanding of the operations and activities of the US government.

I appeal your denial of a fee waiver and ask that copies be provided at no charge because disclosing the information is clearly likely to contribute significantly to public understanding of the operations and activities of the United States Government.

I am willing to accept electronic documents instead of paper ones, in order to make the cost of responding to this request more reasonable.

Thank you again for your consideration in this regard.

Sincerely yours,


Laurence A. Jarvik, Ph.D.

Enc.
cc. Matthew Simmons, Esq.