# EXHIBIT 1

3735 Jocelyn Street, NW
Washington, DC 20015

February 15, 20015

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Dear Coordinator:

Under the Freedom of Information Act, 5 U.S.C. subsection 552, I am requesting information or records on all CIA documents about events in Andijan, Uzbekistan from 2004-2006, including any CIA reports relating to the violence of May, 2005 and its aftermath, as well as subsequent trials and evacuation of refugees.

If there are any fees for searching for, reviewing, or copying the records, please let me know before you task my request. I ask exemption from such fees as a journalist writing for publication – I have a personal blog (http://laurencejarvikonline.blogspot.com) and am currently writing a book about Central Asia.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under the law.

If you have any questions about handling this request, you may telephone me at 202-390-8676 or contact me via email at: lajarvik@earthlink.net.

Sincerely,


Laurence A. Jarvik, Ph.D.

Cc: Matthew Simmons, Esq.