# EXHIBIT 2

Central Intelligence Agency



Washington, D.C. 20505

7 March 2006

Laurence A. Jarvik, Ph.D.
3735 Jocelyn Street, N.W.
Washington, D.C. 20015

Reference: F-2006-00677

Dear Dr. Jarvik:

The office of the Information and Privacy Coordinator has received your 15 February 2006 Freedom of Information Act (FOIA) request for:

> **"all CIA documents about events in Andijan, Uzbekistan from 2004-2006, including any CIA reports relating to the violence of May, 2005 and its aftermath, as well as subsequent trials and evacuation of refugees."**

We have assigned your request the reference number above. Please use this number when corresponding so that we can identify it easily.

We cannot process the first part of your request—*CIA documents about events in Andijan, Uzbekistan, from 2004-2006*—as presented, given its lack of specificity. The FOIA provides for public access to "reasonably described" records. This means that documents must be described sufficiently to enable a professional employee familiar with the subject to locate the document without an unreasonable amount of effort. Commonly this equates to a requirement that the documents must be locatable through the indexing to our various records. In sum, the FOIA does not require federal agencies to perform research, answer questions, or conduct unreasonable searches through a body of material to see if any of it is related to a particular request. Moreover, the appropriate component has advised that your request is too broad and cannot be searched as stated. This part, or item, of your request needs to be more specific.

We can, however, search the second part of your request— *CIA reports relating to the violence of May 2005 and its aftermath, as well as subsequent trials and evacuation of refugees*—since it deals with a specific event.

With regard to your request for a fee waiver, I must consider your request under the standards the Agency FOIA regulations outline, which you

will find at Part 1900 of Title 32 of the Code of Federal Regulations (CFR). I have reviewed your request under those standards and determined that your petition does not meet them because disclosing the information you seek is not likely to contribute significantly to public understanding of the operations and activities of the United States Government. I therefore deny your request for a fee waiver.

You may appeal this decision, in my care, within 45 days from the date of this letter. Should you choose to appeal the denial of your request for a fee waiver, you are encouraged to provide an explanation supporting your appeal. Agency regulations also specify that if the Agency has started to process a request, the Agency may only accept an appeal of a fee waiver denial if the requester agrees to be responsible for the costs in the event of an adverse administrative or judicial decision.

As you are aware, the FOIA authorizes federal agencies to collect fees for records services. Based on the information you provided that you are currently writing a book on Central Asia, your request would be placed in the "commercial" fee category. This means that you will be responsible for the full direct costs for searching, reviewing and duplicating responsive records.

Search fees for each item in a request are usually about $150. The additional review fees, however, will depend upon the number of documents located as a result of the search, and the copying fees will depend on the number of releasable documents, if any exist.

In accordance with Section (a) of the schedule, search fees are assessable even if no records are found or, if found, we determine that they are not releasable. This means you will be charged even if our search results are negative or if it is determined that no information is releasable under the FOIA.

Before we can begin processing your request, we must receive your *commitment to pay fees* incurred under the conditions stated above. In the meantime, we will hold your request in abeyance for 45 days from the date of this letter awaiting your reply.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosure