# EXHIBIT 4



Central Intelligence Agency

Washington, DC 20505

18 July 2006

Laurence A. Jarvik, Ph.D.
3735 Jocelyn Street, N.W.
Washington, D.C. 20015

Reference: F-2006-00677

Dear Dr. Jarvik:

This is a final response to your 22 March 2006 appeal of our denial of your request for a waiver of fees in processing your 15 February 2006 Freedom of Information Act (FOIA) request for:

> "CIA reports relating to the violence [in Andijan, Uzbekistan] of May 2005 and its aftermath, as well as subsequent trials and evacuation of refugees."

I appreciate the additional information you provided in your letter, and your credentials, publications, and scholarly activities are quite impressive. You have well established your expertise in Central Asian matters and the scholarly importance of your forthcoming book.

CIA can grant a fee waiver only if the disclosure of the information s in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the United States Government, and (2) the disclosure of the information is not primarily in the commercial interest of the requester. These criteria are in our published regulations, which you may find at 32 *Code of Federal Regulations* § 1900.13, and these are the criteria I must use when deciding your appeal.

Your request for records on violence in Uzbekistan is, on its face, about events in a foreign country and does not meet the guidance in the Department of Justice's *Freedom of Information Act Guide and Privacy Act Overview* (May 2004). According to the Department of Justice, a fee waiver may be justified if a requester seeks records "for their informative value with respect to specifically identified *government operations or activities*" (emphasis added). Your letter does not show how the information you seek contributes to the public understanding of the activities of the *United States* Government because you have neither alleged nor made any connection between U.S. Government operations or activity and the violent events in Andijan, Uzbekistan. A general awareness on the part of the U.S. Government to events abroad—or even that the U.S. Government

follows events abroad—is insufficient to establish that the subject of the request concerns governmental operations or activities.

I also regret that your request for a fee waiver fails on a second ground. You have stated that you are writing a book, which, although scholarly, is in your commercial interest. You, therefore, do not meet the second criterion warranting a fee waiver.

Accordingly, I must affirm the Agency's initial determination and deny your appeal. You will remain in the "commercial" fee category, which means that you must pay for all search, review and duplication costs associated with the processing of your request. Copies are ten cents per page. Before we can begin processing your request we must receive your commitment to pay fees incurred under the conditions stated above. Please understand that you may not incur any fees at all depending on the results of our search.

In accordance with the provisions of the FOIA, you have the right to seek judicial review of this determination in a U.S. district court. In accordance with Agency regulations, we will hold your request in abeyance for 45 days pending your commitment to pay fees as a requester in the "commercial" fee category.

Sincerely,

Edmund Cohen
Chair, Agency Release Panel