# EXHIBIT 5

**3735 JOCELYN STREET, NW**
**WASHINGTON, DC 20015**

September 25, 2006

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Dear Coordinator:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the undersigned party, Laurence A. Jarvik, requests information and records related to the events (and their violent aftermath) of May 2005 that occurred in Andijan, Uzbekistan (the "Andijan events"). In particular, the requested information relates to the United States government's involvement in the May 2005 protest as well as the subsequent trials of the protestors and evacuation of refugees. In addition, I request that fees for providing the information be waived pursuant to 5 U.S.C. § 552(a)(4)(A)(iii).

## Allegation of United States Involvement in the Andijan Events

In support of the request for a fee waiver a brief factual background is included outlining the United States government's involvement in the Andijan events. The factual background is provided pursuant to the Freedom of Information Act § 552(a)(4)(A)(iii), which requires that the disclosed information relate to activities of the United States government. This factual background serves the purpose, therefore, of alleging a direct connection between the United States government and the Andijan events, i.e., the United States government was directly involved in the Andijan events and did not merely have a general awareness of the events.

In May 2005 protests took place in Andijan, Uzbekistan. It has been alleged that a number of the protestors were Islamist fundamentalist extremists. On May 13, 2005 Uzbekistan government forces clashed with the protestors and a large number of the protestors were either killed or captured. After the violent clash the United States helped evacuate up to four hundred of the protestors. At Husanzhon Turabekov's trial the Uzbekistan government used Mr. Turabekov's statements to allege that the United States government had aided the protestors.

The United States Department of State, on September 27, 2005, denounced the Uzbekistan government's accusations of United States involvement, but failed to provide any evidence in support of its denial. To this day, there exists no reliable account of the Andijan events, including the extent of the United States involvement. The fact that the United States government evacuated hundreds of the protestors is, on its face, evidence (not a mere allegation) of the United States government's direct involvement in the Andijan events.

Information and Privacy Coordinator
FOIA Request - Andijan Events
September 25, 2006

## Request for Fee Waiver

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(A)(iii) a fee waiver may be requested:

> if disclosure of the information is [(1)] in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and [(2)] is not primarily in the commercial interest of the requester.

1. **This Request in Is the Public Interest Because the Disclosed Information Is Likely to Contribute Significantly to the Public's Understanding of the United States Government's Direct Involvement in the Andijan Events.**

   As discussed *supra*, the United States government played more than a merely passive role in the Andijan events. The Uzbekistan government used statements from one of the protest leaders to accuse the United States government of inciting and aiding the protest and the United States even helped evacuate hundreds of protestors. I state these two facts in order to allege and show the United States government's direct involvement in the Andijan events.

   The public interest will be served by the disclosure of the requested information as I will use the information to write a book about Central Asia, which will include a discussion of the United States activities and policies in the area. Among other goals, my book seeks to educate the public about United States foreign policy in Central Asia, including the United States government's criteria in choosing its allies in the region and methods used to further its interests in the region. *See* Curriculum Vitae of Laurence A. Jarvik, attached hereto as **Exhibit A**, for a listing of my publications to date.

   In addition to disseminating the information through a book, I maintain a website (laurencejarvikonline.blogspot.com) containing much discussion and articles concerning the political situation in Central Asia. The requested information will be used to write additional articles for the website. Internet users interested in events in Andijan, Uzbekistan, will be able to discover and access my articles through a simple Internet search. I also contribute numerous articles to other websites devoted to discussion of Central Asian news. *See* letter from Nathan R. Hamm, founding editor of *Registan.net*, attached hereto as **Exhibit B**.

   In short, it is in the public's interest to disclose to me the requested information as the public will gain a significant understanding of how the United States government conducts operations and activities in Central Asia and the United States government's role in the Andijan events. In addition, I have the ability to disseminate the information to as much of the public as possible, through my

Information and Privacy Coordinator
FOIA Request - Andijan Events
September 25, 2006

planned book, website and articles I post to other websites. See **Exhibit B**.

2.  **The Request for Information Is in the Public Interest and Is Not Primarily in My Commercial Interest.**

    'I do not plan to make much, if any, profit from the information sought. I do not make any money from my website and, in fact, pay all of its expenses, including web hosting costs, with my own funds. Also, I am not paid for the articles I contribute to my website. *See* **Exhibit B**.

    At this time I do not have a book contract. Furthermore, any money made from my planned book will likely cover expenses only. Any profit from the sale of a book is secondary, though, to my primary goal of educating the public as to the United States government's role in the Andijan events.

    If you have any questions regarding this request, please contact:

    **Laurence A. Jarvik**
    **3735 Jocelyn St., N.W.**
    **Washington, DC 20015**
    **(202) 390-8676**

Thank you for your consideration in this matter.

                                    Sincerely,

                                    *[signature]*
                                    Laurence A. Jarvik, Ph.D.

## CURRICULUM VITAE

Laurence A. Jarvik, Ph.D.
3735 Jocelyn Street, NW
Washington, DC 20015
(202) 390-8676
lajarvik@jhu.edu or lajarvik@earthlink.net

EDUCATION:

Ph.D., University of California, Los Angeles (UCLA), Los Angeles, California Department of Theater, Film and Television, 1991

M.F.A., University of California, Los Angeles (UCLA), Los Angeles, California, Department of Theater Arts, 1988

B.A., University of California, Berkeley, California, Department of Philosophy, 1977

Swarthmore College, Swarthmore, Pennsylvania, attended 1974-76

ADDITIONAL COURSES:

Spring 2005-present: Intermediate Russian II, Contemporary Russia I & II, USDA Graduate School, Washington, DC

Fall 2004: Intermediate Russian, Russian State Humanitarian University, Moscow, Russia

Spring 2004: Intermediate Russian I, USDA Graduate School, Washington, DC

Fall 2003: Central Asia seminar (Frederick Starr), and Middle East seminar (Faoud Ajami) Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, Washington, DC

Spring 2003: University of World Economy and Diplomacy (UWED), Tashkent, Uzbekistan Beginning Uzbek

Summer 2002: Johns Hopkins University, Washington, DC, Intensive Russian

TEACHING EXPERIENCE

1999-present: Johns Hopkins University, Practitioner Faculty, Managerial Communication MBA program) & Interdisciplinary Studies (Undergraduate program), School of Professional Studies in Business and Education, Baltimore & Columbia, MD; Washington, DC

2004-2005: Russian State Humanitarian University, Russian-American Academic Center for American Studies, Visiting Professor, American Studies, Moscow, Russia

2003: Higher School of Business under the Ministry of Social Construction, Visiting Professor, Managerial Communication, Tashkent, Uzbekistan

2002-2003: University of World Economy and Diplomacy under the Ministry of Foreign Affairs, Fulbright Scholar, Business Communication and International Journalism, Tashkent, Uzbekistan

2000-present: The Hospitality and Information Service (THIS), "American Government Seminar" Meridian House, Washington, DC

Summer, 2000: American University, Kogod School of Business, "Career, Interview and Resume Workshop," College Achievement Summer Institute 2000, Washington, DC

1990: California State University, Los Angeles, "Television Criticism," Assistant Professor, Department of Communications, Los Angeles, CA

1989-1991: University of California, Los Angeles, "Issues in Broadcasting," Teaching Fellow/Teaching Associate; "Documentary Film," Teaching Associate; "History of Television," Teaching Associate, Los Angeles, CA

EXHIBIT A

1986-87: University of California, Los Angeles, "Video Production," Teaching Assistant, Los Angeles, CA

PUBLICATIONS:

(Books)

Masterpiece Theatre and the Politics of Quality, (Scarecrow Press, 1999)

PBS: Behind the Screen, (Prima Publishing, 1997)

(Edited Volumes)

Co-editor, Public Broadcasting and the Public Trust, (Second Thoughts Books, 1995)

Co-editor, The National Endowments: A Critical Symposium, (Second Thoughts Books, 1995)

(Proceedings)

"Examining the Unique Style of Donald Rumsfeld in Responding to the Media" (with Terry A. Hinch), Proceedings of the 4th Annual Central Asian Association for Business Communications Conference, Almaty, Kazakhstan, February 23-24, 2006.

"Teaching Managerial Communication in Uzbekistan: Some Initial Observations," Proceedings of the First Annual Central Asian Association for Business Communications Conference, Almaty, Kazakhstan November 16, 2002.

(Journals)

English Language Editor, Xalqaro Munosabatlar, Journal of International Relations, University of World Economy and Diplomacy, Tashkent, Uzbekistan, Fall 2002 Special Issue.

2000-2002 EFX, An Online Journal of Business and Media, Co-editor.

(Peer-Reviewed Publications)

"CBS, Dan Rather and the Blogosphere: Anatomy of a Corporate Crisis" (with Terry A. Hirsch), in Anne Marie Bülow-Møller, ed., Business Communication: Making an Impact: Proceedings from the 7th European Convention, Association for Business Communication, 26-28 May, 2005, Copenhagen, Denmark.

"Cultural Challenges to Russian Democratization," in Orbis: Journal of the Foreign Policy Research Institute, (Winter, 2005-6).

"Uzbekistan: A Modernizing Society," in Orbis: Journal of the Foreign Policy Research Institute, (Spring, 2005).

"Big Bird Goes Cold Turkey," in: Taking Sides: Clashing Views on Controversial issues in Mass Media and Society, fourth edition, eds. Alison Alexander and Jarice Hanson, (McGraw Hill, 1997).

"Public Television for Sale: Media, the Market and the Public Sphere,"(book review), Historical Journal of Film, Radio and Television, v15, n1 (March, 1995).

"Hiding In The Light," (book review) Historical Journal of Film, Radio, and Television, v13, n1, (March, 1993).

"PBS and the politics of quality: Mobil Oil's 'Masterpiece Theater.'" Historical Journal of Film, Radio and Television, v12, n3 (September, 1992).

"Mystifying Movies," (book review) Historical Journal of Film, Radio, and Television, v12, n3 (September, 1992).

"The Three Caballeros Baia Sequence: The Photographic Ecstasy as Hollywood Hallucination," Animatrix (n6, 1990-1992).

"It's Only a Movie: The Television Docu-Drama and Social Issue Movie was The American Marketplace of Ideas," Studies in Popular Culture (Spring, 1988).

"Bitburg as a Media Event," On Film, n14, (1985).

(Other publications)

"Uzbekistan at a Crossroads," Registan.net (http://www.registan.net), June 14, 2004,

"PBS: Political Bias Scandal," The Wall Street Journal, July 28, 1999.

"Pitfalls of 'Public Journalism,'" The Washington Post, November 16, 1996.

"PBS is already commercial," MediaNomics, September, 1996.

"After the NEA: The Future Looks Bright," Common Sense, v.2, n.3, issue 7, Summer, 1995.

"Vets, Historians Rip ABC Atomic Show," The Washington Times, July 29, 1995.

"Big Bird Goes Cold Turkey," Policy Review, Number 72, Spring 1995.

"Forget The Speeches," with Nancy Strickland, The Baltimore Sun, January 22, 1995.

"Is the National Endowment for the Arts making a good case for arts funding?" Congressional Quarterly Researcher, v4, n39, October 21, 1994.

"PBS 'soft focus' profile of Timesman was paid for and made by the 'Times'" Current, February 1, 1993.

"At issue: should the Corporation for Public Broadcasting be privatized?" Congressional Quarterly Researcher, v2, n35, September 18, 1992.

"Getting Big Bird Off The Dole," The New York Times, June 14, 1992.

"The controversy about popular culture." The American Enterprise, v3, n3 (May-June, 1992):72 (21 pages).

"After Privatization: Public Television in the Cultural Marketplace," The Heritage Lectures, n.383, May 21, 1992.

"What Price PBS?" The Boston Globe, May 10, 1992.

"Why Won't CPB Open Up And Answer Questions?" The Los Angeles Times, April 6, 1992.

"Playing Politically Correct Let's Pretend," Cleveland Plain Dealer, January 20, 1992.

"British Bad Boy: Isaac Julien" American Film v16, n6, June, 1991.

"Errol Morris: Style Is Not Truth," Montage, July-August, 1990.

"Any Questions? Rep. Dana Rohrabacher," California Magazine, May, 1990.

"Will The Real Michael Moore Please Stand Up?" Montage, January-February, 1990.

"There Is No Hollywood Over The Horizon: Black British Cinema," Montage, December-January, 1990.

"Anatomy of a Channel," (book review) The Independent, December, 1989.

"Cinema Very TV," with Nancy Strickland, California Magazine, July, 1989.

"What's Eddie watching? (Eddie Murphy premiers new television sitcom)" American Film, v14, n8, June, 1989.

"The Professor-Mogul" American Film, v14, n7 (May, 1989):13.

"Video Wall New Concept For Feature," American Cinematographer, January, 1989.

"TV Movies -- Better Than The Real Thing," with Nancy Strickland, American

Film, December, 1988.

"Anti-Semite and Jew: Au Revoir Les Enfants," (film review), with Nancy Strickland, Tikkun, July-August, 1988.

"The Banality of Good: Weapons of the Spirit," (film review), Tikkun, March-April, 1988.

PRESENTATIONS:

December 19, 2004: "Love at First Sight or Something Else?" Russian Society of America n Culture Studies, Moscow State University in the name of Lomonosov, Moscow, Russia

December 15, 2004: "Does America Have a Culture?" The American Center, Russian Stat e Library for Foreign Languages, Moscow, Russia

October 29, 2004: "Teaching Business Communication in Uzbekistan," Association for Bus iness Communication, Boston, MA

October 17, 2004: "Teaching Business Communication in Uzbekistan: Some Lessons Lea ned," Central Eurasian Studies Society, Indiana University, Bloomington, IN

May 21, 2004: "Teaching Business Communication in Uzbekistan," European Association or Business Communication, Catholic University of the Sacred Heart, Milan, Italy

May 21, 2004: " Managerial Communication in the White House and Pentagon Before and After the Capture of Saddam Hussein," European Association for Business Communication, Cathol c University of the Sacred Heart, Milan, Italy (co-presenter with Dr. Terry A. Hinch)

November 17, 2003: "Understanding Uzbekistan," The Hospitality and Information Service (THIS), Meridian House, Washington, DC

October 23, 2003: "Examining the Unique Style of Donald Rumsfeld in Responding to the Media," Association for Business Communication, Annual Conference, Albuquerque, New Mexico, (co-presenter with Dr. Terry A. Hinch)

October 15, 2003: "Russia: A View from Uzbekistan," American Enterprise Institute, Russia n Working Group, Washington, DC

October 4, 2003: ""American Approaches to the First International Journalism Course at th e University of World Economy and Diplomacy," Central Eurasian Studies Society, Annual Conference, Harvard University, Cambridge, Massachusetts

June 31, 2003: "Tourism, Language and Communication as a Special Area of Interest for ABC Europe," Roundtable, European Association for Business Communication, Italian University of Switzerland, Luga no, Switzerland

June 29, 2003: "Message Turbulence and Airline Security After 9/11," (with Terry Hinch), E uropean Association for Business Communication, Italian University of Switzerland, Lugano, Switzerland

May 2003: "Globalization and Business Communication, " Plenary Lecture, Termez State University Conference on Globalization, Termez, Uzbekistan

April 24, 2003: "Voltaire and Jefferson: French Enlightenment and American Government," Hamkorlik Center, Tashkent, Uzbekistan

April 12, 2003: "Business Communication and Journalism," ACCELS, Tashkent, Uzbekista

April 10, 2003: "Improving Listening Skills," Higher School of Business, Tashkent, Uzbekist in

March 29, 2003: "Terrorism, Islam, and Democracy," Parliamentary Debate Seminar, Publi Affairs Section, US Embassy

March 19, 2003: "International Journalism and Modern Mass Media: An American Perspec ive," Plenary Lecture, International Conference on International Journalism in the Period of Globalization, Univers ty of World Economy

and Diplomacy, Tashkent, Uzbekistan

February 27, 2003: "Langston Hughes and Central Asia," African-American History Month Celebration, Public Affairs Section/IREX, Tashkent, Uzbekistan

February 21, 2003: "History of Uzbek-American Relations," University of World Economy and Diplomacy, Taskhent, Uzbekistan

February 15, 2003: "Hot Talk: Insurance," Channel Four Television, Tashkent, Uzbekistan

February 7, 2003: "American Diplomacy and the Media," University of World Economy and Diplomacy, Tashkent, Uzbekistan

January 16, 2003: "How to be a Better Communicator," Hamkorlik Center, Tashkent, Uzbekistan

December 20, 2002: "Images of America and Central Asia: Understanding and Misunderstanding," Seminar on American and Central Asia Studies, Fulbright Association of Uzbekistan, National Press Center, Tashkent, Uzbekistan

December 10, 2002: "Risk Communication or Mis-Communication: USPS Messaging in the Anthrax Crisis." Society for Risk Analysis 22nd Annual Meeting, New Orleans, LA, (with Terry Hinch)

December 3, 2002: "Business Communications Seminar," Higher School of Business, Academy of State and Social Construction Under the President of the Republic of Uzbekistan, Tashkent, Uzbekistan

November 16, 2002: "Teaching Managerial Communication in Uzbekistan: Some Initial Observations," Plenary Lecture, Central Asian Association for Business Communication, Almaty Technological University, Almaty, Kazakhstan

November 6, 2002: "Leadership," Guest Lecture, Westminster University, Tashkent, Uzbekistan,

October 25, 2002: "Airline Security After 9/11: Analyzing Message Turbulence in Corporate Communication " (co-author with Terry Hinch)," Association for Business Communication Annual Convention, Cincinnati, Ohio (presented by Terry Hinch)

September 28, 2002: "Proposal Writing Workshop", ACCELS Teacher Training, Tashkent, Uzbekistan

June 28, 2002: "Inside the Blogosphere: The Weblog Phenomenon." Moderator, panel discussion sponsored by The Idler, a Web Periodical, National Press Club, Washington, DC

June 27, 2002: "Making Secure Our Homeland: Taking Seriously and Preparing For Threats to the Commercial Real Estate Industry in the Baltimore Area." Panel presentation for CREW Baltimore, Johns Hopkins University, Baltimore, MD

May 24, 2002: "The Anthrax Crisis: A Case Study. Message Cross-Contamination in the United States Postal Service." Association for Business Communication European Regional Convention, Aarhus School of Business, Aarhus, Denmark. (with Terry Hinch)

April 13, 2002: "Responding to the Anthrax Letters: A Case Study in Crisis Communication at USPS," Association for Business Communication Eastern Regional Conference, Philadelphia, PA. (co-presenter with Terry Hinch)

April 6, 2002: "Message Cross-Contamination in the Anthrax Crisis at USPS: A Case Study," Association for Business Communication Southeastern Regional Conference, Savannah, GA. (co-presenter with Terry Hinch)

February 21, 2001: "Voltaire & Jefferson: French Enlightenment and American Government", The Hospitality and Information Service, Meridian House, Washington, DC

December 10, 2001: "Safeguarding Your Employees in Uncertain Times: Lessons Learned from the Anthrax Crisis" (co-presenter with Terry Hinch) Johns Hopkins University, Baltimore, MD

December 7, 2001: "Safeguarding Your Employees in Uncertain Times: Lessons Learned from the Anthrax Crisis" (co-presenter with Terry Hinch) Johns Hopkins University, Washington, DC

November 10, 2001: "The Anthrax Crisis: A Case Study. Message Cross- Contamination in the United States Postal Service," (co-presenter with Terry Hinch) Association for Business Communication, National Convention, La Jolla, CA

March 30, 2001: "Printed Memoranda v. E-mail: A Qualitative Analysis," (co-author with Terry Hinch) Association for Business Communication, Midwest & East Coast Division conference, Kansas City, MO

November 10, 2000: Washington Area Lawyers For The Arts, Arts and Entertainment Law Symposium, Georgetown University Law School, Washington, DC

March 9-12, 2000: "The Aesthetic Adventure: Freedom and Responsibility in the Arts." The Liberty Fund, Alexandria, VA

October 14, 1998: "Newseum TV." Freedom Forum Newseum, Alexandria, VA

May 5, 1998: "Live Anthology Television Drama: 1947-1959." Department of Film and Television, School of Communication, Boston University, Boston, MA

September 10, 1997: "Contemporary Issues in American Art: Funding of the Arts." Panel with Harriet Fulbright, Director, President's Committee on the Arts and Humanities and Jerry Kappell, American Association of Museums, USIA/IIE exchange program for visiting Egyptian artists

July 9, 1997: "Can Congress Get Rid of the NEA?" Panel with Hon. Pete Hoekstra (R-MI) and Dr. William Rice, Harvard University. Heritage Foundation, Washington, DC

March 27, 1997: "PBS: Behind the Screen." John Locke Foundation, Raleigh, North Carolina

March 26, 1997: "PBS: Behind the Screen." Lecture at the University of North Carolina, Chapel Hill

March 18, 1997: "PBS: Behind the Screen." National Women's Republican Club, New York City.

February 19, 1997: "Advocacy in Hollywood," Panel discussion, UCLA Department of Communications, American Cinema Foundation and Center for the Study of Popular Culture, Santa Monica, California.

February 17, 1997: "PBS: Behind the Screen." Claremont-McKenna College and Claremont Institute, Claremont, CA.

January 14, 1997: "PBS: Behind the Screen." Politics and Prose Bookstore, Washington, DC

January 6, 1997: "PBS: Behind the Screen." Panel with Charles Liechtenstein, former PBS vice- president and David Boaz, executive vice- president of the CATO Institute, CATO Institute, Washington, DC (broadcast on C- SPAN).

October 11, 1996: "Foundations Under Scrutiny." Panel, Council on Foundations Communications in Philanthropy Affinity Group conference, Detroit, Michigan.

September 19, 1996: "PBS: Behind the Screen." Accuracy in Media Luncheon, Washington, DC.

June 25, 1996: "Foundations and the Media." , Capital Research Center, Washington, DC.

March 6, 1996: Congressional Testimony, U.S. House of Representatives, Appropriations Committee, Labor-HHS- Human Services Subcommittee, Re: Corporation for Public Broadcasting, 104th Congress Second Session.

October 6, 1995: "Let Us Take A Second Look. America: Is It Facing A Moral And Social Crisis?" Health and Welfare Conference, Allied Educational Foundation, Kiamesha Lake, New York.

February 23, 1995: Congressional Testimony, U.S. Senate S. Hrg. 104-32, "Reauthorization of the National Foundation for the Arts and Humanities. Hearings before the Subcommittee on Education, Arts and Humanities of the Committee on Labor and Human Resources, United States Senate, One Hundred Fourth Congress, First Session, Washington, DC."

January 19, 1995: Congressional Testimony, U.S. House of Representatives, "Downsizing Government and Setting Priorities of Federal Programs. Hearings before Subcommittees of the Committee on Appropriations, House

of Representatives, One Hundred Fourth Congress, First Session, Washington, DC."

December 12, 1994: Public Testimony, Board of the Corporation for Public Broadcasting, Public Hearing, Washington, DC. (Published in Corporation for Public Broadcasting Annual Report To Congress, January, 1995.)

September 12, 1994: Congressional Testimony, U.S. House of Representatives, Serial number 103-159, "CPB Authorization. Hearing before the Subcommittee on Telecommunications and Finance of the Committee on Energy, House of Representatives, One Hundred Third Congress, Second Session, Washington, DC."

June 29, 1994: Congressional Testimony, U.S. Senate, CPB Authorization. "Hearing before the Subcommittee on Communications of the Committee on Commerce, United States Senate, Washington, DC."

November, 1993: "Which Way for the NEH and NEA?" New York University, New York, NY. (Published in The National Endowments: A Critical Symposium, Second Thoughts Books, 1995)

June, 1993: "The future of PBS." International Communications Association, Annual Conference, Washington, DC

June 17, 1993: Congressional Testimony, U.S. House of Representatives, Serial number 103-21, "Reauthorization of the National Endowment for the Arts, National Endowment for the Humanities, and the Institute of Museum Services. Hearing before the Subcommittee on Labor-Management Relations of the Committee on Education and Labor, House of Representatives, One Hundred Third Congress, First Session, hearing held in Washington, DC."

May, 1993: "PC in Cinema Studies." Society for Cinema Studies Annual Conference, University of Pittsburgh, Pittsburgh, PA.

November, 1992: "Change of Course for American Studies?" Panel chair, American Studies Association Annual Conference, Costa Mesa, California.

October, 1992: "Who Should Pay Big Bird's Salary? Public Broadcasting and Public Money," The American Forum, American University, Washington, DC.

October, 1992: "The Good, the Bad, the Ugly: Making Radical Work in Conservative Times," Southeastern and Mid-America College Art Association Annual Conference, University of Alabama, Birmingham, Alabama.

September, 1992: "Censorship in Film and Television." Panel with Melanne Verveer, People For The American Way, Academy for Educational Development, USIA, Washington, DC.

March, 1992: "The New Global Popular Culture: Is It American? Is It Good for America? Is It Good for the World?" Panel included Robert Bork, moderated by Ben Wattenberg, American Enterprise Institute Washington, DC.

February, 1992: "PC and the Privatization of PBS." The Madison Institute, Florida State University,

February, 1992: "Imperialism and colonialism in 'The Jewel in the Crown,' 'Flame Trees of Thika,' and 'Mountbatten: The Last Viceroy.'" Annual Film-Literature Conference, Florida State University, Tallahassee, FL.

August, 1991: "Images of Regions in Masterpiece Theatre: Boston, New York, Washington." University Film and Video Association Annual Conference, Oregon State University, Corvallis, OR (paper read by another presenter).

July, 1991: "Masterpiece Theatre and the Politics of Quality." International Association for Media and History (IAMHIST) Annual Conference, Institut fur den Wissenschaftlichen Film, Gottingen, Germany.

April, 1991: "'Susie The Little Blue Coupe' and Marshall McLuhan's 'The Mechanical Bride.'" California American Studies Association, San Jose State University, San Jose, CA.

February, 1991 "The General Strike of 1926 and 'Upstairs, Downstairs.'" Annual Film-Literature Conference, Florida State University, Tallahassee, FL.

October, 1990 "Walt Disney's 'Susie The Little Blue Coupe' and Marshall McLuhan's 'The Mechanical Bride:' The American Love Affair with Technology," Popular Culture Association in the South, Annual Conference, Montgomery, AL.

June 1990 "This is Britain: The Masterpiece Theatre Syndrome." University Film and Video Association Annual Conference, Ithaca College, Ithaca, NY.

June, 1989 "HDTV: Resolution not Revolution." University Film and Video Association Annual Conference, York University, Toronto, Ontario.

AWARDS & FELLOWSHIPS:

2002-3: Fulbright Scholar, Journalism and Business Communication, Tashkent, Uzbekistan

1997: Journalist of the Day and Author of the Week, Freedom Forum Newseum, Arlington VA

1997: Regional Finalist, The President's Commission on White House Fellowships, Washington, DC

1995-96: Cultural Studies Fellow, Capital Research Center, Washington DC

1994: Third Generation Award, The Heritage Foundation

1991-92: Bradley Resident Scholar, The Heritage Foundation

1990: Distinguished Scholar Award, UCLA Alumni Association

1989 & 1990: Hugh Downs Graduate Fellowship, UCLA School of Theater, Film and Television

1988: Bill Lee Memorial Award, UCLA Department of Film and Television.

SERVICE:

December 2005 Panelist, Fulbright Senior Scholars Program Selection Panel, Moscow, Russia

December 2003: Reviewer, Tajikistan Freedom Support Act Undergraduate Fellowship applications, IREX, Washington, DC

8-10 December 2002: Panelist, Community Connections Selection Committee, IREX, Karshi, Uzbekistan

23 September 2002: Panelist, Fulbright New Century Scholars Program Selection Panel, Public Affairs Office, US Embassy, Tashkent, Uzbekistan

23 September 2002: Panelist, Hubert H. Humphrey Fellows Program Selection Panel, Public Affairs Office, US Embassy, Tashkent, Uzbekistan

2001-2002: Member, International Correspondents Committee, National Press Club, Washington, DC

2000-2002: Chair, Caribbean and Central America, Embassy Liaison, The Hospitality and Information Service (THIS)

September 22, 2000: Alumni Volunteer, Volunteer Leadership Weekend, Swarthmore College

1996-present: Board of Directors, Voltaire Society of America

1995-1998: Board of Directors, Georgetown Theatre Company, Washington, DC

1991: Obtained Mobil Corporation donation of 300 hours of Mobil Masterpiece Theatre videotapes for UCLA Film and Television Archives

PROFESSIONAL EXPERIENCE

2004-present Registan.net, Contributor

2004-present LaurenceJarvikOnline, Blogger

1999-2004 The Idler, A Web Periodical, Proprietor

1999-2002 Salome Arkatov Productions, Los Angeles, CA Consultant, The Legacy of Rosina Lhevine, feature documentary

1996-1997 Editor, Culture Watch and Foundation Watch

1992-1996 Center for the Study of Popular Culture Director, Washington, DC office Washington Editor, Comint: A Journal About Public Media

1991-1992 The Heritage Foundation, Washington, DC Bradley Resident Scholar

1978-1984 Who Shall Live and Who Shall Die? Independent Documentary shown on PBS stations, Writer-Producer-Director

OTHER CREDITS

2000-present Lafayette in America, video, in development, Producer-director.

1991-1999 Media appearances include CNN "Crossfire," "Sonya Live," "Showbiz Today," CBS Evening News, ABC Nightline, CNBC "Jane Wallace," "America's Talking," "Fox Morning News," NPR All Things Considered," PBS "Freedom Speaks," C-SPAN "Washington Journal," and "Book TV."

1995 Volpone, by Ben Johnson, Georgetown Theatre Company, Grace Episcopal Church, Washington, DC. Director.

1992-1994 "Cultural Lunch" series, Center for the Study of Popular Culture, Washington DC. Speakers included: Martin Morse Wooster, Wall Street Journal book critic; James Bowman, Times Literary Supplement Washington editor, and author Alice Goldfarb Marquis. Moderator.

1990 Duty Free, play presented at Los Angeles Festival. Producer-director-writer.

1988 Envy, Jealousy & Revenge (experimental 16-monitor videowall), MFA thesis project was first use of digital videowall and Video 8 technology for dramatic narrative, shown at Imtech, Inc. headquarters, New York; Tokyo Video Festival (for fuller description, viz. "Video Wall New Concept For Feature," in American Cinematographer, January, 1989. Producer-director-writer.

1987 Today on Wall Street (experimental video), shown at UCLA, Tokyo Video Festival. Producer-director-writer.

1986 Pesto (dramatic short subject), shown at UCLA student film festival. Producer-director-writer.

1982 Who Shall Live and Who Shall Die? broadcast on PBS stations.

1981 Who Shall Live and Who Shall Die? Producer-director-writer. Film honored at Berlin Film Festival, Centre Georges Pompidou Festival Cinema du Reel (Paris), Sydney Film Festival (Australia), Hong Kong Film Festival, Sao Paolo Film Festival, Turin Festival of Young Cinema (Italy), Chicago Film Festival, Tel Aviv, others.

VOLUNTEER POSITIONS:

Treasurer, The Hospitality and Information Service
Board of Directors, The Voltaire Society of America

MEMBERSHIPS:

Association for Business Communication
Central Eurasian Studies Society
Daily Californian Alumni Association
Foreign Policy Research Institute
National Press Club
The Hospitality and Information Service (THIS)
UC Berkeley Alumni Association
UCLA Alumni Association
Williams Club

REFERENCES UPON REQUEST.



**Registan.net**
All Central Asia All The Time

To Whom It May Concern:

Since its founding in 2003, *Registan.net* has grown into a reputable source of Central Asia news that greatly contributes to public understanding of both the region and US government activities in Central Asia. Published with weblog software, *Registan.net* is unique among English language online publications covering the region in that it encourages and facilitates reader participation and discussion. *Registan.net* had over one million visitors over the past year, currently receives approximately 4,500 visitors per day, has an alexa.com traffic rank of 441,424 as of August 2006, and is linked by approximately 500 other websites. It has been nominated for numerous awards, including Reporters Without Borders 2005 "Freedom Blog Awards." *Registan.net* has been featured in publications such as *Slate*, *Columbia Journalism Review Daily*, *Der Spiegel*, *BBC Uzbek Service*, is listed as a resource on *The New York Times* Russia navigator page, and has appeared on MSNBC. Many *Registan.net* readers work for government agencies, businesses or nongovernmental organizations working in the region, or are academics with a specialization in Central Asia.

Laurence Jarvik has been a contributor to *Registan.net* since June of 2004. As of August 1, 2006, he has written 627 posts for *Registan.net*, making him the second most active contributor of content to the site after myself. *Registan.net* is interested in publishing what Mr. Jarvik discovers as a result of his FOIA request to the CIA in order to help bring it to the public's attention.

*Registan.net* is a non-commercial venture. Authors of content receive no financial compensation. Advertisements that appear on the site help to cover hosting and bandwidth expenses.

Sincerely,

Nathan R. Hamm
Founding Editor

**EXHIBIT B**

**3735 JOCELYN STREET, NW**
**WASHINGTON, DC 20015**

September 25, 2006

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

  RE: **Laurence A. Jarvik FOIA Request dated September 25, 200(**

Dear Coordinator:

  It is my understanding that this letter is necessary in order for the CIA to process my September 25, 2006 FOIA request.

  I certify under penalty of perjury (28 USC Section 1746) that the following information is true: I am a US citizen. My full legal name is LAURENCE ARIEL JARVIK. My address is 3735 JOCELYN STREET NW, WASHINGTON, DC 20015. My date of birth is OCTOBER 30, 1956. My place of birth is NEW YORK CITY (New York, NY).

  Thank you for your consideration in this matter.

            Sincerely,

            Laurence A. Jarvik, Ph.D.