# EXHIBIT 6

Case 1:06-cv-01555-RMU    Document 4-7    Filed 01/16/2007    Page 1 of 3

Central Intelligence Agency



Washington, D.C. 20505

25 October 2006

Laurence A. Jarvik, Ph.D.
3735 Jocelyn Street, N.W.
Washington, D.C. 20015

Reference: F-2007-00055 (formerly F-2006-00677)

Dear Dr. Jarvik:

The office of the Information and Privacy Coordinator has received your 25 September 2006 Freedom of Information Act (FOIA) request regarding the "**Allegation of United States Involvement in the Andijan Events**" -- which revisits your 15 February 2006 FOIA request. Specifically, you are requesting:

> **Information and records pertaining to the events (and their violent aftermath) of May 2005 that occurred in Andijan, Uzbekistan (the "Andijan events") – and, in particular, the United States government's involvement in the May 2005 protest as well as the subsequent trials of the protestors and evacuation of refugees.**

In your 22 March 2006 letter to us, you accepted our suggestion for narrowing the scope of your request to: *CIA reports relating to the violence of May 2005 and its aftermath, as well as subsequent trials and evacuation of refugees.* You will recall that we could not process your original request due to its lack of specificity. We can conduct an effective search as described (in *italics*) above – because it deals with a specific event. However, your request, as currently stated, is too broad and cannot be searched. The FOIA does not require federal agencies to perform research, answer questions, or conduct unreasonable searches through a body of material to see if any of it is related to a particular request (e.g., "allegation" or "events").

You are requesting a fee waiver. Please note that our 7 March 2006 denial of your fee waiver appeal still stands. Our letter is enclosed. We duly considered the additional information you provided to support that appeal. Your current request as a restatement of your 15 February 2006 request that expired for lack of a fee commitment. We have assigned your request the new reference number above. Please use this number when corresponding so that we can identify it easily.

Based on the information provided, your request would still be placed in the "commercial" fee category. This means that you will be responsible for the full direct costs for searching, reviewing and duplicating responsive records. A fee schedule is enclosed.

In an effort to assist you, we conducted a search of our database of previously released records that contains copies of documents released over the years to thousands of other FOIA requesters. Searches of this database, containing over 500,000 pages, can be accomplished very expeditiously (since no review is required) and at little or no charge. We did not locate any record responsive to your request. If you wish, we can conduct a search of our other records systems. However, on matters relating to U.S. foreign policy, you might wish to direct your FOIA request to the Department of State. This agency is not authorized to release records belonging to other government organizations, even if we could locate any.

Before we can begin processing your request, we must receive your approval of the narrowing of your request subject, and your commitment to pay fees incurred under the conditions stated above. Meanwhile, we will hold your request in abeyance for 45 days from the date of this letter pending receipt of your response. If we do not receive your reply within that time, we will close your request in accordance with our regulations published at 32 C.F.R. 1900.13(e).

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosures