THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LAURENCE JARVIK, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1555 |
| | : | | |
| v. | : | Document Nos.: | 3, 4 |
| | : | | |
| CENTRAL INTELLIGENCE AGENCY, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 16th day of July, 2007, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**, and it is

**FURTHER ORDERED** that the plaintiff's cross-motion for summary judgment is **DENIED**,

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge